**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 01-6412

───────────────

JAMES VERNON HARRIS,

Plaintiff - Appellant,

versus

SUMTER COUNTY SHERIFF'S DEPARTMENT; TOMMY R.
MIMS, Sheriff, Sumter County Sheriff's De-
partment; ROBERT RICHARDSON, Captain, Sumter
County Sheriff's Department; ANGELA MAHONEY,
Agent/Informant, Sumter County Sheriff's De-
partment; TIMMY MCFADDIN, Agent; PHIL ARDIS,
SLED; SHIRLEY ANN HARRIS, Agent/Informant;
UNKNOWN OFFICERS, in their official and per-
sonal capacities,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenwood. Joseph F. Anderson, Jr., Chief Dis-
trict Judge. (CA-01-120)

───────────────

Submitted: June 21, 2001        Decided: July 3, 2001

───────────────

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

James Vernon Harris, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Vernon Harris, a South Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. §§ 1983, 1985, 1986 (West 1994 & Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Harris v. Sumter County Sheriff's Dep't</u>, No. CA-01-120 (D.S.C. Feb. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>